United States District Court
Southern District of Texas
**ENTERED**
August 18, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CHRISTINA MENDES, Individually and On Behalf of All Others Similarly Situated,<br><br>*Plaintiff(s)*,<br><br>v.<br><br>CRESTWOOD TRANSPORTATION LLC,<br><br>*Defendant(s)*. | No. 4:20-cv-01358 |

## ORDER OF DISMISSAL

At the request of Plaintiff Christina Mendes, this case is **DISMISSED WITHOUT PREJUDICE** to refiling.

Each party shall bear its own costs and fees.

August 18, 2020
Date

NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE